IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSIAH PAUL WHIGAN,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION   13-00042-KD-N |
| **FRANK ALBRIGHT,** | : | |
| Respondent. | : | |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court. Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's order.

DONE this 3rd day of July, 2013

<u>s/ Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE